UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:25-CV-25606-PCH

JEFFERSON CHAVARRIA RIVERAS,
   Petitioner,

vs.

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY, *et al.*,

   Respondents.
_____/

## ORDER ADOPTING AND AFFIRMING R&R

**THIS MATTER** came before the Court upon Magistrate Judge Lauren F. Louis' Report and Recommendations ("R&R") [ECF No. 12], which was entered on April 29, 2026. The R&R addressed Respondents' Motion to Dismiss for Lack of Jurisdiction, or in the Alternative, to Transfer Venue [ECF No. 9]. Magistrate Judge Louis recommends that the Court grant Respondents' motion in part and transfer this action to the United States District Court for the Middle District of Florida pursuant to 23 U.S.C. § 1406(a) for further proceedings. The Court has reviewed Magistrate Judge Louis' R&R and no objections have been filed. Therefore, based on a *de novo* review of the evidence presented, it is hereby:

**ORDERED AND ADJUDGED** that

1. Magistrate Judge Louis' R&R is **ADOPTED** and **AFFIRMED in its entirety**.

2. Respondents' Motion to Dismiss for Lack or Jurisdiction, or in the Alternative, to Transfer Venue **[ECF No. 9]** is **GRANTED IN PART and DENIED IN PART**;

1

This action shall be transferred to United States District Court for the Middle District of Florida for further proceedings.

3. The Clerk is hereby instructed to transfer this action to the United States District Court for the Middle District of Florida.

**DONE AND ORDERED** in Miami, Florida on May 18, 2026.

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Lauren F. Louis
Counsel of record

2